UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VALLEY FORGE INSURANCE CO.,     Case No: 1:14-cv-792

    Plaintiff,     Judge Michael R. Barrett

v.

FISHER KLOSTERMAN, INC.,

    Defendant.

## ORDER

This matter is before the Court on the Motion for a Protective Order. (Doc. 22). For good cause shown, the Motion (Doc. 22) is hereby **GRANTED**, and the Protective Order shall be entered contemporaneously with this Order.

**IT IS SO ORDERED.**

_/s/ Michael R. Barrett_
JUDGE MICHAEL R. BARRETT
UNITED STATES DISTRICT COURT