UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Valley Forge Insurance Company,

    Plaintiff,

        v.                      Case No. 1:14cv792

Fisher Klosterman, Inc.,             Judge Michael R. Barrett

    Defendant.

## CALENDAR ORDER

Pursuant to the filing of the Rule 26(f) Report by the parties and the scheduling conference conducted February 20, 2015, this case shall proceed as follows:

  1.   Telephone Status Conference[1]:  **March 12, 2015 at 9:30 am**

  2.   Deadline to file motion for leave to amend the complaint:  **August 1, 2015**

  3.   Deadline for motions relative to the pleadings:  **Twenty-one (21) days after the pleadings close or thirty (30) days after the Court grants any motion to amend and/or add parties**

  4.   Discovery to be completed by[2]: **January 15, 2016**

  5.   Telephone Status Conference[3]: **January 20, 2016 at 9:30 am**

  6.   Dispositive motion deadline[4]: **February 15, 2016**

  9.   Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

  10.   Final pretrial conference:  **June 24, 2016 at 9:30 am, Room 239**

---

[1]Refer to Document 19 for conferencing instructions.

[2]Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[3]Refer to Document 19 for conferencing instructions.

[4]Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R.  The Court will not read beyond 20 pages unless leave has been previously sought and granted.  This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

11. Bench Trial:  **August, 2016**

**IT IS SO ORDERED.**

              *s/Michael R. Barrett*
              Michael R. Barrett
              United States District Judge