UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE ) <br> COMPANY, a Pennsylvania Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FISHER KLOSTERMAN, INC., a Delaware ) <br> Corporation ) <br> ) <br> Defendant. ) | Civil Action No.: 1:14-cv-792- MRB <br><br> Judge Michael R. Barrett |

**PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S**
**NOTICE OF MANUAL FILING**

Plaintiff Valley Forge Insurance Company, by and through its counsel, hereby gives notice of the manual filing of its Motion For Summary Judgment On The Duty To Defend, Duty To Indemnify And Reimbursement Of Defense Costs Based On Implied Contract with accompanying exhibits Under Seal.

Dated:  February 27, 2015

Respectfully submitted,

*/s/Thomas B. Bruns*_____
Thomas B. Bruns (Bar No. 0051212)
FREUND, FREEZE & ARNOLD
Fourth & Walnut Centre
105 East Fourth Street, Suite 1400
Cincinnati, OH 45202-4035
Phone: 513-665-3500
Fax: 513-665-3503
E-Mail:  tbruns@ffalaw.com

1

and

Kathryn M. Frost (admitted *pro hac vice*)
ELENIUS FROST & WALSH
333 South Wabash Avenue, 25th Floor
Chicago, IL 60604
Telephone: 312-822-2659
Fax: 312-817-2486
E-Mail: Kathryn.Frost@cna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2015, I electronically filed the Notice of Manual Filing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Thomas B. Bruns*_____
Thomas B. Bruns (Bar No. 0051212)

2