# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

VALLEY FORGE INSURANCE CO.,     Case No: 1:14-cv-792

    Plaintiff,     Judge Michael R. Barrett

v.

FISHER KLOSTERMAN, INC.,

    Defendant.

## ORDER

In accordance with the Court's March 12, 2015 request for a stipulated briefing schedule, Plaintiff Valley Forge Insurance Company ("Plaintiff") and Defendant Fischer Klosterman, Inc. ("Defendant") have agreed to comply with a briefing schedule on Plaintiff's Motion for Summary Judgment, which was filed on February 27, 2015, that is acceptable to the Court. As such, the briefing schedule shall be as follows:

1. Defendant has up to and including March 30, 2015, to file its Opposition to Plaintiff's Motion for Summary Judgment, which Opposition shall be limited to 40 pages.

2. Plaintiff has up to and including April 30, 2015, to file its Reply in Support of its Motion for Summary Judgment, which Reply shall be limited to 30 pages.

**IT IS SO ORDERED**.

                                         s/Michael R. Barrett
                                         JUDGE MICHAEL R. BARRETT
                                         UNITED STATES DISTRICT COURT