# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation | ) ) ) |
| Plaintiff, | ) Civil Action No.: 1:14-cv-792- MRB ) ) Judge Michael R. Barrett |
| vs. | ) ) |
| FISHER KLOSTERMAN, INC., a Delaware Corporation | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF MANUAL FILING OF ITS DECLARATIONS AND EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Notice is hereby given that Defendant Fisher Klosterman, Inc. ("Defendant") is filing the Declarations of Darin J. McMullen and Edward Prajzner and accompanying exhibits labeled A through Z, manually, under seal, pursuant to the Protective Order in this case. By electronic mail contemporaneous with the filing of this notice, Plaintiff has been served a copy of the Memorandum in Opposition, which was filed electronically on the date shown below, as well as the Declarations and Confidential Exhibits being filed under seal.

Dated:  March 30th, 2015

Respectfully submitted:

By: /s/ Matthew A. Rich
Matthew A. Rich, Esq. (0077995)
KATZ TELLER
255 East Fifth Street, 24th Floor
Cincinnati, Ohio  45202
Telephone: (513) 977-3475
mrich@katzteller.com

*Attorneys for Defendant*
*FISHER KLOSTERMAN, INC.*

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant's Notice of Manual Filing was electronically filed with the Court this 30th day of March, 2015, and will be served upon counsel of record *via* the Court's electronic filing system.

/s/ Matthew A. Rich
Matthew A. Rich

KTBH: 4846-7914-6786, v.  1