IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VALLEY FORGE INSURANCE COMPANY,  Case No. 1:14cv792

        Plaintiff,  Judge Michael R. Barrett

  -vs-

FISHER KLOSTERMAN, INC.,

        Defendant.

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF CARRIE MAYLOR DiCANIO

Before the Court is the March 26, 2015 Motion for Admission *Pro Hac Vice* of Carrie Maylor DiCanio. (Doc.31).

The Court finds that Carrie Maylor DiCanio is an attorney in good standing admitted by the Supreme Court of the State of New York. Counsel consents to be subject to the jurisdiction and rules of this District governing professional conduct.

Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the March 26, 2015 Motion for Admission *Pro Hac Vice* of Carrie Maylor DiCanio, as **CO-COUNSEL** for representation of Defendant in this matter **ONLY**, is hereby **GRANTED**.

In the event *Pro Hac Vice* counsel has not yet received a login and password from the Clerk of Courts, they should promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's

1

website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby **DIRECTED** to serve Carrie Maylor DiCanio with all future pleadings, documents, orders and other materials in this matter.

**IT IS SO ORDERED**.

        s/ Michael R. Barrett
        MICHAEL R. BARRETT, Judge
        United States District Court