UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation | ) ) ) | |
| | ) | Civil Action No.: 1:14-cv-792- MRB |
| Plaintiff, | ) ) | |
| | ) | Judge Michael R. Barrett |
| vs. | ) ) | |
| FISHER KLOSTERMAN, INC., a Delaware Corporation | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S
NOTICE OF MANUAL FILING OF ITS REPLY IN FURTHER SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT ON THE DUTY TO DEFEND, DUTY TO
INDEMNIFY AND REIMBURSEMENT OF DEFENSE COSTS BASED ON IMPLIED
CONTRACT IN FACT
AND
OPPOSITION TO FISHER KLOSTERMAN, INC.'S CROSS-MOTION
<u>FOR SUMMARY JUDGMENT AS TO THE DUTY TO DEFEND</u>**

Plaintiff Valley Forge Insurance Company, by and through its counsel, hereby gives notice of the manual filing of its Reply In Further Support Of Its Motion For Summary Judgment On The Duty To Defend, Duty To Indemnify And Reimbursement Of Defense Costs Based On Implied Contract In Fact And Opposition to Fisher Klosterman, Inc.'s Cross-Motion For Summary Judgment As To The Duty To Defend Contract with accompanying exhibits Under Seal.

Dated:	April 23, 2015

        Respectfully submitted,

        **/s/Thomas B. Bruns**_____
        Thomas B. Bruns (Bar No. 0051212)
        FREUND, FREEZE & ARNOLD
        Fourth & Walnut Centre
        105 East Fourth Street, Suite 1400
        Cincinnati, OH 45202-4035
        Phone: 513-665-3500
        Fax: 513-665-3503
        E-Mail:  tbruns@ffalaw.com

        and

        Kathryn M. Frost (admitted *pro hac vice*)
        ELENIUS FROST & WALSH
        333 South Wabash Avenue, 25th Floor
        Chicago, IL 60604
        Telephone:  312-822-2659
        Fax:  312-817-2486
        E-Mail:  Kathryn.Frost@cna.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2015, I electronically filed the Notice of Manual Filing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

        **/s/Thomas B. Bruns**_____
        Thomas B. Bruns (Bar No. 0051212)