UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation<br><br>        Plaintiff,<br><br>vs.<br><br>FISHER KLOSTERMAN, INC., a Delaware Corporation<br><br>        Defendant. | Civil Action No.: 1:14-cv-792- MRB<br><br>Judge Michael R. Barrett |

**PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S
NOTICE OF MANUAL FILING OF ITS MOTION TO STRIKE PORTIONS OF
PRAJZNER AFFIDAVIT IN SUPPORT OF FISHER KLOSTERMAN, INC.'S ("FKI")
OPPOSITION TO VALLEY FORGE'S MOTION FOR SUMMARY JUDGMENT AND
FKI'S CROSS MOTION FOR SUMMARY JUDGMENT ON THE DUTY TO DEFEND**

Plaintiff Valley Forge Insurance Company, by and through its counsel, hereby gives notice of the manual filing of its Motion to Strike Portions of Prajzner Affidavit In Support of Fisher Klosterman, Inc.'s ("FKI") Opposition to Valley Forge's Motion for Summary Judgment and FKI's Cross Motion for Summary Judgment on the Duty to Defend and Memorandum of Law, with accompanying exhibits Under Seal.

Dated:	April 23, 2015

                                          Respectfully submitted,

                                          ***/s/Thomas B. Bruns***
                                          Thomas B. Bruns (Bar No. 0051212)
                                          FREUND, FREEZE & ARNOLD
                                          Fourth & Walnut Centre
                                          105 East Fourth Street, Suite 1400
                                          Cincinnati, OH 45202-4035
                                          Phone: 513-665-3500
                                          Fax: 513-665-3503
                                          E-Mail:  tbruns@ffalaw.com

and

Kathryn M. Frost (admitted *pro hac vice*)
ELENIUS FROST & WALSH
333 South Wabash Avenue, 25th Floor
Chicago, IL 60604
Telephone:  312-822-2659
Fax:  312-817-2486
E-Mail:  Kathryn.Frost@cna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2015, I electronically filed the Notice of Manual Filing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Thomas B. Bruns*_____
Thomas B. Bruns (Bar No. 0051212)