# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 1:14-cv-792- MRB<br>)<br>) Judge Michael R. Barrett |
| vs. | )<br>) |
| FISHER KLOSTERMAN, INC., a Delaware Corporation | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**
**REGARDING PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE ITS MEMORANDUM IN SUPPORT**
**OF ITS DISPOSITIVE MOTION IN EXCESS OF TWENTY PAGES,**
**PURSUANT TO THIS COURT'S PRETRIAL PROCEDURE ORDER RULE I.E.**

This cause coming before this Court on Plaintiff Valley Forge Insurance Company's Motion For Leave To File Its Memorandum In Support Of Its Dispositive Motion In Excess Of Twenty Pages, Pursuant To This Court's Pretrial Procedure Order Rule I.E., due notice and consideration given,

Valley Forge Insurance Company's Motion (Doc. 21) is **GRANTED**;

Valley Forge Insurance Company is granted leave to file its Memorandum of Law in Support of its Motion For Summary with a page total of no more than 35 pages.

9/3/2015
DATED

s/ Michael R. Barrett
UNITED STATES DISTRICT JUDGE

1