# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VALLEY FORCE INSURANCE COMPANY, | Case No.: 1:14-cv-792 |
| Plaintiffs, | Judge Michael R. Barrett |
| v. | |
| FISHER KLOSTERMAN, INC., | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant Fisher Klosterman's Motion for Extension of Time to Answer or Otherwise Plead to the Complaint. (Doc. 52). Defendant has indicated that Plaintiff opposes the requested extension.

Upon consideration and for good cause shown, the Motion (Doc. 52) is hereby **GRANTED**. Defendant shall have up to and including October 1, 2015 to answer or respond to the Complaint.

**IT IS SO ORDERED.**

s/Michael R. Barrett
JUDGE MICHAEL R. BARRETT
UNITED STATES DISTRICT COURT
