UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation )<br>)<br>) | )<br>) Civil Action No.: 1:14-cv-792- MRB |
| Plaintiff, ) | ) |
| ) | ) Judge Michael R. Barrett |
| vs. ) | ) |
| ) | |
| FISHER KLOSTERMAN, INC., a Delaware Corporation ) )<br>) | |
| Defendant. ) | |

**PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S
MOTION TO DISMISS COUNT VI (BAD FAITH) OF
<u>DEFENDANT FISHER KLOSTERMAN INC.'S COUNTERCLAIM</u>**

Valley Forge Insurance Company ("Valley Forge"), through its counsel, requests this Court, pursuant to Federal Rule 12(b)(6), dismiss Count VI (Bad Faith) of Defendant Fisher Klosterman Inc.'s Counterclaim, for failure to state a cause of action against Valley Forge upon which relief can be granted.

This Motion is supported by the points and authorities set forth in the accompanying Memorandum of Law in Support and Exhibits attached thereto.

Dated:  October 26, 2015

Respectfully submitted,

***/s/Thomas B. Bruns***_____
Thomas B. Bruns (0051212)
FREUND, FREEZE & ARNOLD
Fourth & Walnut Centre
105 East Fourth Street, Suite 1400
Cincinnati, OH 45202-4035
Phone: 513-665-3500
Fax: 513-618-3503
E-Mail:  tbruns@ffalaw.com

and

Kathryn M. Frost (admitted *pro hac vice*)
ELENIUS FROST & WALSH
333 South Wabash Avenue, 25th Floor
Chicago, IL 60604
Telephone:  312-822-2659
Fax:  312-817-2486
E-Mail:  Kathryn.Frost@cna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2015, I filed Plaintiff Valley Forge Insurance Company's Motion To Dismiss Count VI (Bad Faith) Of Defendant Fisher Klosterman's Inc.'s Counterclaim with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.


*/s/Thomas B. Bruns*_____
Thomas B. Bruns (0051212)