UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation | ) ) ) |
| Plaintiff, | ) Civil Action No.: 1:14-cv-792- MRB ) |
| vs. | ) Judge Michael R. Barrett ) ) |
| FISHER KLOSTERMAN, INC., a Delaware Corporation | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Valley Forge Insurance Company ("Valley Forge"), by and through its counsel, requests leave from this Court to file its Amended Complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Valley Forge's proposed Amended Complaint is attached as Exhibit 1 to this Motion.

Valley Forge's proposed Amended Complaint seeks to add allegations, as an alternative claim, that FKI impaired Valley Forge's subrogation rights based on the agreement FKI entered into with Valtech Industries, which agreement was recently produced in the case.

In addition, Valley Forge adds/clarifies its alternative claims relating to its breach of the duty to cooperate claim by including allegations that Fisher Klosterman, Inc. ("FKI") failed to assist Valley Forge in enforcement of FKI's rights against any person which may be liable to FKI for the Valero Suit. The result of FKI's failure to assist Valley Forge impaired Valley Forge's subrogation rights.

Plaintiff's counsel conferred with Defendant's counsel, pursuant to S.D. Ohio Civ. R. 7.3, to determine if Defendant objects to the relief sought through this Motion.  Defendant's counsel stated that FKI opposes Valley Forge's Motion.

In support of its Motion, Plaintiff Valley Forge submits its Memorandum of Law in Support, filed concurrently with this Motion.

Dated:  February 29, 2016.

        Respectfully submitted,

        ***/s/Thomas B. Bruns***
        Thomas B. Bruns (0051212)
        FREUND, FREEZE & ARNOLD
        Fourth & Walnut Centre
        105 East Fourth Street, Suite 1400
        Cincinnati, OH 45202-4035
        Phone: 513-665-3500
        Fax: 513-665-3503
        E-Mail:  tbruns@ffalaw.com

        and

        Kathryn M. Frost (admitted *pro hac vice*)
        ELENIUS FROST & WALSH
        333 South Wabash Avenue, 25th Floor
        Chicago, IL 60604
        Telephone:  312-822-2659
        Fax:  312-817-2486
        E-Mail:  Kathryn.Frost@cna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2016, I electronically filed Valley Forge Insurance Company's Motion for Leave To Amend Complaint with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Thomas B. Bruns*
Thomas B. Bruns (0051212)