# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation <br><br> Plaintiff, <br><br> vs. <br><br> FISHER KLOSTERMAN, INC., a Delaware Corporation <br><br> Defendant. | Civil Action No.: 1:14-cv-792- MRB <br><br> Judge Michael R. Barrett |

## [PROPOSED] ORDER
## REGARDING PLAINTIFF VALLEY FORGE INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND COMPLAINT

This cause coming before this Court on Plaintiff Valley Forge Insurance Company's Motion For Leave to Amend Complaint, due notice and consideration given, Valley Forge Insurance Company's Motion is **GRANTED**;

Valley Forge Insurance Company is granted leave to file its proposed Amended Complaint.

_____  _____
DATED                            UNITED STATES DISTRICT JUDGE