UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) Civ. Action No. 1:14-cv-00792-MRB ) |
| FISHER KLOSTERMAN, INC., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

After consideration of Defendant Fisher Klosterman's ("FKI") Motion to Seal (Doc. 63), as well as the record as a whole, it is hereby ORDERED that the Motion (Doc. 63) is **GRANTED**. The Court ORDERS that FKI file under seal its Memorandum of Law in Opposition to Plaintiff Valley Forge Insurance Company's Motion for Leave to Amend Complaint and two exhibits in support thereof.

IT IS SO ORDERED.

                                                  s/Michael R. Barrett
                                                  Michael R. Barrett
                                                  United States District Judge

Dated: March 24, 2016

nydocs1-1064013.1