UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) Civ. Action No. 1:14-cv-00792-MRB ) |
| FISHER KLOSTERMAN, INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER**

After consideration of Defendant Fisher Klosterman's ("FKI") Motion to Amend Document No. 66 To File Exhibit 2 Thereto Under Seal (Doc. 70), as well as the record as a whole, the Motion is **GRANTED**.  The Court **ORDERS** that FKI shall amend Document No. 66 and file Exhibit 2 to Document No. 66 under seal.

**IT IS SO ORDERED.**

                                          s/Michael R. Barrett
                                          Michael R. Barrett
                                          United States District Judge