# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation | ) ) ) |
| Plaintiff, | ) Civil Action No.: 1:14-cv-792- MRB ) ) Judge Michael R. Barrett |
| vs. | ) ) |
| FISHER KLOSTERMAN, INC., a Delaware Corporation | ) ) ) |
| Defendant. | ) |

## **ORDER**

This cause coming before this Court on Plaintiff, Valley Forge Insurance Company's, Motion For Leave To Reply Under Seal (Doc. 71), due notice and consideration given, Valley Forge Insurance Company's Motion (Doc. 71) is **GRANTED**;

Valley Forge Insurance Company is granted leave to file its Reply in Further Support of its Motion For Leave to Amend Complaint and accompanying exhibit under seal.

s/Michael R. Barrett
JUDGE MICHAEL R. BARRETT
UNITED STATES DISTRICT COURT

1