**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

VALLEY FORGE INSURANCE COMPANY,                    Case No.  1:14cv792

                    Plaintiff,                    Judge Michael R. Barrett

    -vs-

FISHER KLOSTERMAN, INC.,

                    Defendant.

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF ARTHUR R. ARMSTRONG**

Before the Court is the April 19, 2016 Motion for Admission *Pro Hac Vice* of Arthur

R. Armstrong.  (Doc. 79).

The Court finds that Arthur R. Armstrong is an attorney in good standing admitted

by the Supreme Court of the Commonwealth of Pennsylvania.  Counsel consents to be

subject to the jurisdiction and rules of this District governing professional conduct.

Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac*

*Vice*, the April 19, 2016 Motion for Admission *Pro Hac Vice* of Arthur R. Armstrong, as

**CO-COUNSEL** for representation of Defendant in this matter **ONLY**, is hereby

**GRANTED**.

In the event *Pro Hac Vice* counsel has not yet received a login and password from

the Clerk of Courts, they should promptly comply with the Court's "Electronic Filing

Policies and Procedures Manual" for civil cases, which can be found at the Court's

1

website, www.ohsd.uscourts.gov.  Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby **DIRECTED** to serve Arthur R. Armstrong with all future pleadings, documents, orders and other materials in this matter.

**IT IS SO ORDERED**.

s/ Michael R. Barrett
MICHAEL R. BARRETT, Judge
United States District Court

2