# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| VALLEY FORGE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Civ. Action # 1:14-cv-00792-MRB |
| | ) | |
| FISHER KLOSTERMAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT FISHER KLOSTERMAN, INC.'S NOTICE OF DEPOSITION TO BRIAN FRANKL

PLEASE TAKE NOTICE that the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 30, intend to take the deposition upon oral examination of Brian Frankl.

The deposition will commence at **9:00 a.m.**, on **Wednesday, June 14, 2017**, at the office of **Katz Teller, 255 East Fifth Street, 24th Floor, Cincinnati, Ohio 45202**, or at another mutually-agreeable location, upon oral examination before a videographer. The deposition is being taken for purposes of discovery, for use at trial, or such other purposes, as are permitted under the applicable and governing rules.

Dated: May 30, 2017

By: _/s/ Matthew A. Rich_
Matthew A. Rich, Esq. (0077995)
KATZ TELLER
255 East Fifth Street, 24th Floor
Cincinnati, Ohio 45202
Telephone: (513) 977-3475
mrich@katzteller.com

Pamela D. Hans, Esq.
ANDERSON KILL P.C.
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 216-2700
phans@andersonkill.com

Carrie Maylor DiCanio, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1046
cdicanio@andersonkill.com

*Attorneys for Defendant*
*FISHER KLOSTERMAN, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I caused the foregoing Notice of

Deposition to Brian Frankl to be served via email to counsel of record in this matter:

Thomas B. Bruns
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Telephone: 513-312-9890
Fax: 513-800-1263
Email: tbruns@bcvalaw.com


Kathryn M. Frost
ELENIUS FROST & WALSH
333 South Wabash Avenue, 25th Floor
Chicago, IL 60604
Telephone: 312-822-2659
Fax: 312-817-2486
Email: Kathryn.Frost@cna.com


_/s/ Matthew A. Rich_____
Matthew A. Rich, Esq. (0077995)

KTBH: 4850-8848-3657, v. 1

3